# EXHIBIT A

**(to Declaration of Sheena Joseph)**

GOATGROUP

July 9, 2021

Bianca Cortes
Biancanj2005@icloud.com

CONGRATULATIONS Bianca!

We are thrilled at the possibility of working with you and are pleased to offer you full-time employment with 1661, Inc., a Delaware corporation (the "Company"), dba GOAT.  Your skills and expertise are exactly what we're looking for and we believe you will soon become a valued member of our team. We can't wait for you to join us and get started. Welcome to the GOAT Group family.

OUR MISSION
To be your trusted marketplace where authenticity and accessibility are at the foundation of everything we do.

YOUR ROLE
We want you to reach your full potential, so we've created an environment where you can grow and become an integral part of the team. We celebrate all of our talent by encouraging a culture of trust, passion, resilience, innovation and focus.

In your role of Regional Asset Protection Manager, you'll be a part of the Finance team reporting into Marc Lambert - Associate Director, Asset Protection.

COMPENSATION
When you begin your employment on July 26, 2021, your starting salary will be $100,000 per year, payable biweekly, less normal payroll deductions and withholding. Your position is an exempt one, which means you are not eligible for overtime.

BENEFITS
As a full-time employee, you will be eligible for all the standard Company benefits, a summary of which is provided in this package.

STOCK OPTIONS
We want you to be invested in the Company's future.  If you accept our offer of employment, we will recommend to the Board of Directors of the Company ("Board") that you be granted the opportunity to purchase up to 12,000 shares of Common Stock of the Company (the "Option") under GOAT's 2011 Equity Incentive Plan (the "Plan") at the fair market value of the Company's Common Stock (as adjusted for stock splits, stock combinations occurring prior to the grant

3433
W. EXPOSITION PL.
LOS ANGELES,
CA, 90018

GOATGROUP.COM

of the Option), as determined by the Board on the date the Board approves such grant after the Start Date. The Board will take up the approval of your Option following the date on which your employment with the Company commences at regularly scheduled meetings or otherwise from time to time in its sole discretion. The Company makes no guarantee that the fair market value of the Company's Common Stock at the time the Board approves such grant will be the same fair market value of the Company's Common Stock as of your Start Date. The shares you will be given the opportunity to purchase will vest at the rate of 25% of such shares will vest on the one year anniversary of the commencement of your employment with the Company, and an additional 2.0833% per month thereafter, so long as you remain employed by the Company. However, the grant of such options by the Company is subject to the Board's approval and this promise to recommend such approval is not a promise of compensation and is not intended to create any obligation on the part of the Company. Further details on the Plan and any specific option grant to you will be provided upon approval of such grant by the Board of Directors.

Please be advised that these details are for information purposes only, and are subject to any policy or plan changes at the Company's or GOAT's discretion.

OUR LEGAL STUFF
Please be advised that nothing contained in this letter will create an employment contract between the Company and you, or guarantee employment or continued employment with the Company.  During the course of your employment with the Company you are free to terminate your employment at any time, for any reason or no reason, with or without notice, and the Company may terminate your employment at any time, for any reason or no reason, with or without notice. This is known as employment at-will. No one other than the Company's President has the authority to alter this at-will employment arrangement, or to enter into an agreement for employment for a specified period of time, or to make any express or implied agreement contrary to this policy. Furthermore, any such agreement must be in writing and must be signed by the President.

This job offer is contingent upon the following and should any one of the below items not be completed, this offer of employment may be rescinded.

- Proof of eligibility to work in the U.S.
- Securing the proper work authorization and ensuring this authorization would be valid for the anticipated duration of the role, if applicable
- Completion of a satisfactory background check
- Satisfactory reference checks
- Execution of a confidentiality, inventions assignment and proprietary rights agreement

On your first day, you will be given an orientation by the People team. This orientation may include completing employment forms, reviewing benefits, introduction to management and touring the premises. You will also receive the Company's policies and handbooks, which will help guide your responsibilities during your employment. These policies and handbooks do not constitute a

3433
W. EXPOSITION PL.
LOS ANGELES,
CA, 90018

GOATGROUP.COM

contract of employment and may be amended by the Company from time to time. Please bring appropriate documentation for the completion of your new hire forms, including proof that you are presently eligible to work in the United States for I-9 Form purposes.

LET'S DO THIS
By signing this offer letter, you acknowledge that you have received, or have been informed of how to obtain, a copy of the Regional Asset Protection Manager job description for which you are being hired, that you understand the functions and duties of the job description, and that you are qualified to perform those functions and duties. Should you have any questions regarding the applicable job description, please contact peoplerelations@goat.com to discuss your questions.

We are so excited to have you join and know you'll do great things.  This offer will remain open until July 16, 2021 at 5pm PT.  Please sign this offer below and return it to the People team. Your signature indicates your acceptance and understanding of the terms set forth in this letter and that no other representations concerning employment have been made to you.

Sincerely,

Eddy Lu
CEO

SIGNATURE:

_____

3433
W. EXPOSITION PL.
LOS ANGELES,
CA, 90018