UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
BLANCA CORTES,  :  23cv3418(DLC)
 :
 :  ORDER
             Plaintiff,  :
     -v-  :
 :
1661, INC., et al.,  :
 :
             Defendants.  :
 :
----------------------------------------- X

DENISE COTE, District Judge:

On May 22, 2023, the defendants filed a motion to compel arbitration. Accordingly, it is hereby

ORDERED that any opposition is due **June 16, 2023**. Any reply is due **June 30, 2023**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 23, 2023

_____
DENISE COTE
United States District Judge