

One Exchange Plaza • 55 Broadway
23rd Floor
New York, New York 10006

Writer's Direct Dial: (212) 553-9165

June 16, 2023

**VIA ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Blanca Cortes v. 1661, Inc., d/b/a Goat Group, et al.
                1:23-cv-03418

Your Honor,

    I write on behalf of Plaintiff, Blanca Cortes, in the above referenced case. The parties have agreed to arbitrate the claims in this case and request that the Court stay this matter pending such arbitration.

    Thank you for your consideration.

                                                          Respectfully Submitted,

                                                          Tracey L. Brown

CC:    All Counsel (via ECF)