```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv3418(DLC)
BLANCA CORTES,                            :
                                          :      ORDER
                    Plaintiff,            :
          -v-                             :
                                          :
1661, INC., et al.,                       :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On May 22, 2023, the defendants filed a motion to compel arbitration. In a letter of June 16, the plaintiff states that she has agreed to arbitrate the claims in this case and requests the Court stay this matter pending such arbitration. Accordingly, it is hereby

ORDERED that this action shall be stayed pending arbitration.

IT IS FURTHER ORDERED that a status letter is due **January 2, 2024.**

Dated:   New York, New York
         June 23, 2023

```
                              _____
                                      DENISE COTE
                              United States District Judge
```